**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Thomas Jerome JOHNSON,**
**Defendant–Appellant.**

No. 11–15203
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 11, 2012.

R. Brian Tanner, James D. Durham, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, Carlton R. Bourne, Jr., U.S. Attorney's Office, Augusta, GA, for Plaintiff–Appellee.

Solomon A. Amusan, Amusan Law Firm, Savannah, GA, Thomas Jerome Johnson, Coleman, FL, for Defendant–Appellant.

Before CARNES, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Solomon Amusan, appointed counsel for Thomas Jerome Johnson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Johnson's conviction and sentence are **AFFIRMED.**